UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**SPENCER WILL HENRY (#344747)**                                         CIVIL ACTION

**VERSUS**

**STATE OF LOUISIANA**                                              NO. 23-00547-BAJ-SDJ

RULING AND ORDER

Plaintiff, an inmate confined at the Louisiana State Penitentiary (LSP), pursues a civil rights action under 42 U.S.C. § 1983, alleging that his constitutional rights of due process and equal protection are violated by his continuing confinement following his conviction for second degree murder by a non-unanimous jury. (Doc. 1). Pursuant to the screening provisions of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 5, the "Report")**, recommending that Plaintiff's federal constitutional claims be dismissed with prejudice for failure to state a claim because the relief Plaintiff seeks—release from prison—can only be obtained in a habeas corpus proceeding. The Report further recommends that the Court decline to exercise supplemental jurisdiction over Plaintiff's potential state law claims, to the extent any such claims exist. (*Id.*). Plaintiff objects to the Report. (Doc. 5)

Upon de novo review, and having carefully considered the Plaintiff's Complaint, the Report, and Plaintiff's objections, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's federal constitutional claims be and are hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) and 1915A for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 20th day of October, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**